# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **CRIMINAL NO.:** 14-00156-CB |
| | * | |
| **JEANNE E. SANBORN** | * | |

## MOTION FOR DETENTION

The United States moves for pretrial detention of the defendant(s), pursuant to Title 18, United States Code, Section 3142(e) and (f).

1. <u>Eligibility of Case</u>. This case is eligible for a detention order because this case involved (check all that apply):

    A. __X__ This is a crime of violence within the meaning of Title 18, United States Code, Section 3156;

    B. _____ This is an offense for which the maximum sentence is life imprisonment or death;

    C. _____ This is a drug offense for which a maximum term of imprisonment of ten years or more is prescribed;

    D. _____ The above-named defendant(s) has committed a felony after having been convicted of two or more prior offenses described in paragraphs A through C, or two or more state or local offenses that would have been offenses described in paragraphs A through C if a circumstance giving rise to Federal jurisdiction had existed;

    E. _____ Any felony that is not otherwise a crime of violence that involves a minor victim or that involves the possession or use of a firearm or

destructive device (as those terms are defined in section 921), or any other dangerous weapon, or involves a failure to register under section 2250 of title 18, United States Code;

F. __X__ There is a serious risk that the above-named defendant(s) will flee;

G. __X__ There is a serious risk that the above-named defendant(s) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate, a prospective witness or juror.

2. <u>Reason for Detention</u>. The court should detain the defendant(s) because there are no conditions or combination of conditions of release which will reasonably assure (check one or both):

A. _____ The defendant(s)' appearance as required; and/or

B. __X__ The safety of any other person and/or the community.

3. <u>Rebuttable Presumption</u>. The United States **will**/will not invoke the rebuttable presumption against the defendant pursuant to Title 18, United States Code, Section 3142(e). If yes, the rebuttable presumption arises because (check one or both):

A. __X__ There is probable cause to believe that the defendant committed a drug offense for which a maximum term of imprisonment of ten years or more is prescribed or an offense under Title 18, United States Code, Section 924(c).

B. _____ The defendant has been convicted of a Federal offense as described in Title 18, United States Code, Section 3142(f)(1), or of a state or local offense that would have been an offense described in the above

section if a circumstance giving rise to Federal jurisdiction had existed; and

C. \_\_\_\_ The defendant committed the offense described in paragraph B above while on release pending trial for a Federal, State, or local offense, and

D. \_\_\_\_ A period of not more than five years has elapsed since the date of conviction for offense described in paragraph C above, or the release of the person from imprisonment, whichever is later.

E. \_\_\_\_ The defendant is alleged to have committed a crime concerning the exploitation of a child as referred to in Title 18, United States Code, Section 3142(e).

4. <u>Time for Detention Hearing</u>: The United States requests that the detention hearing be set

\_\_\_\_ at first appearance

__X__ after a continuance of _3_ days

Dated this 15th day of July, 2014.

                KENYEN R. BROWN
                UNITED STATES ATTORNEY

                by:

                */s/ George F. May*
                George F. May (mayg0534)
                Assistant United States Attorney
                United States Attorney's Office
                63 S. Royal Street, Suite 600
                Mobile, Alabama 36602
                Telephone: (251) 441-5845
                Fax: (251) 441-5131

# CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel for defendant.

>	*/s/*George F. May
>	George F. May
>	Assistant United States Attorney