IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | :    CRIMINAL NO. 14-00156-CB |
| JEANNE E. SANBORN | : |

ORDER ON ARRAIGNMENT
SUPERSEDING INDICTMENT

On this date, defendant, Jeanne E. Sanborn, appeared in person in open Court with Fred Helmsing, Jr., and was arraigned in accordance with Rule 10, Federal Rules of Criminal Procedure, on the superseding indictment. Appearing for the Government was Assistant U. S. Attorney, Charles Baer.

PLEA. The defendant entered a plea of **NOT GUILTY**.

Trial in this case is set for the criminal term commencing **January 2015**, and jury selection is scheduled for **January 5, 2015**.

DONE this 3rd day of December, 2014.

                                           s/KATHERINE P. NELSON
                                           UNITED STATES MAGISTRATE JUDGE